PETITION TO REHEAR

WHITTAKER GENERAL MEDICAL CORP. v. DANIEL

No. 6PA88.

Case below: 324 N.C. 523.

Petition by defendant (Connie Daniel) to rehear denied 26 July 1989.